UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE:<br>  HOPKINS, TERRY L<br><br>                (Debtors) | Case Number: 09-33485 SDM<br>Chapter 7 |
|---|---|

TRUSTEE'S REQUEST FOR NOTICE
OF POSSIBLE DIVIDEND

**TO THE CLERK:**

A claims bar date in this case has not been set and the trustee has not previously requested a Notice of Possible Dividend. It appears that there may be sufficient assets available for the payment of a dividend to creditors. Accordingly, the trustee requests pursuant to F.R.B.P. 3002(a)(5) that a claims bar date be set and a Notice of Possible Dividend be sent to all creditors.

DATED:   December 31, 2009

                                            E. Lynn Schoenmann, Trustee