

1 | GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation

2 | DANIEL M. LINCHEY, ESQ. CA Bar #111739
44 Montgomery Street, Suite 2900

Signed and Filed: February 11, 2010

3 | San Francisco, CA  94104
Telephone: (415) 362-5045

4 | Facsimile:  (415) 362-2392

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

5 | Attorneys for E. Lynn Schoenmann, Trustee

_____

6

7 | IN THE UNITED STATES BANKRUPTCY COURT

8 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

9 | SAN FRANCISCO DIVISION

10

11 | In re:                                          Case No. 09-33485-DM

12 | TERRY L. HOPKINS,                         Chapter 7

13 |           Debtor.

14

15 | **ORDER AUTHORIZING ABANDONMENT OF REAL PROPERTY BY DEFAULT**
**(1949 Rockville Road, Fairfield, CA)**

16

17 |     Upon the application of E. Lynn Schoenmann, trustee ("Trustee") of the above-captioned chapter 7

18 | bankruptcy estate for an order authorizing Trustee to abandon the real property located at 1949 Rockville

19 | Road, Fairfield, CA 94534 ("Real Property"), more specifically set forth in the Motion For Entry Of

20 | Default Re Abandonment Of Real Property ("Motion") and the supporting declaration of Daniel M.

21 | Linchey; no objections or requests for hearing having been filed or served, following due and adequate

22 | notice on all appropriate parties, and good cause appearing therefore,

23 |     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

24 |     1.    The Motion is granted in its entirety;

25 |     2.    The Real Property is hereby abandoned; and

26 |     3.    The Trustee is authorized to take any and all steps to effectuate the terms of this order.

27 |              **END OF ORDER**

28

-1-

1

## COURT SERVICE LIST

2   Office of the United States Trustee
3   235 Pine Street, Suite 700
    San Francisco, CA  94104
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

10544124584.DOC