GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DANIEL M. LINCHEY, ESQ. CA Bar #111739
44 Montgomery Street, Suite 2900
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for E. Lynn Schoenmann, Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

TERRY L. HOPKINS,

        Debtor.

Case No. 09-33485-DM

Chapter 7

### NOTICE OF CONTINUED SECTION 341 HEARING

TO: ALL CREDITORS, THE DEBTOR AND HER COUNSEL:

     PLEASE TAKE NOTICE, hereby given, that the continued meeting of creditors pursuant to Section 341 of the Bankruptcy Code will be held on May 12, 2010 at 10:00 a.m. at the San Francisco U.S. Trustee's Office, 235 Pine St., Suite 850, San Francisco, CA 94104. The debtor and her counsel are required to appear at that hearing. Attendance by creditors is welcomed but not required.

DATED: April 14, 2010

                                       GOLDBERG, STINNETT, DAVIS & LINCHEY
                                       A Professional Corporation


                                By:    /s/ Daniel M. Linchey
                                      Attorneys for E. Lynn Schoenmann, Trustee

-1-

125451.DOC

**CERTIFICATE OF SERVICE BY FIRST CLASS MAIL**

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this Court, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 44 Montgomery Street, Suite 2900, San Francisco, California 94104-4789; that on the date set out below, I served a copy of the following:

**NOTICE OF CONTINUED SECTION 341 HEARING**

on each party listed below by placing such a copy, enclosed in a sealed envelope with first class postage thereon affixed, in a United States Postal Service mailbox at San Francisco, California, addressed to each party listed below.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on April 14, 2010.

/s/ JEANNE ROSE

See attached service list.

Case: 09-33485    Doc# 44    Filed: 04/14/10    Entered: 04/14/10 14:05:24    Page 2 of 5
10544/125451.DOC

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-3<br>Case 09-33485<br>Northern District of California<br>San Francisco<br>Wed Apr 14 08:52:54 PDT 2010 | Lawrence J. Buckley<br>Brice, Vander, Linden and Wernick<br>9441 LBJ Freeway #350<br>Dallas, TX 75243-4652 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| CA Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Capital One Bank (USA), N.A.<br>by American Infosource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 |
| Chief Tax Collection Section<br>Employment Development Section<br>P.O. Box 826203<br>Sacrament, CA 94230 | Mark D. Estle<br>Law Offices of Endres and Estle<br>12520 High Bluff Dr. #265<br>San Diego, CA 92130-3011 | GE Money Bank<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| GE Money Bank<br>Care of GE Consumer Finance<br>dba CARECREDIT/GEMB<br>PO Box 960061<br>Orlando FL 32896-0061 | GE Money Bank<br>Care of Recovery Management Systems Corp<br>dba CHEVRON TEXACO PLCC<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131-1605 | George Holland Jr.<br>Law Office of George Holland Jr.<br>1970 Broadway St. #1030<br>Oakland, CA 94612-2222 |
| Terry L. Hopkins<br>4670 Heritage Oaks Lane<br>Fairfield, CA 94534-1309 | Daniel M. Linchey<br>Goldberg, Stinnett, Davis and Linchey<br>44 Montgomery St. #2900<br>San Francisco, CA 94104-4895 | Litton Loan Servicing, LP<br>P. O. Box 829009<br>Dallas, TX 75382-9009 |
| Dave M. McGraw<br>Law Offices of Dave M. McGraw<br>2890 N Main St. #307<br>Walnut Creek, CA 94597-2738 | Henri E. Norris<br>Holland Law Firm<br>1970 Broadway St. #1030<br>Oakland, CA 94612-2222 | Office of the U.S. Trustee / SF<br>Office of the U.S. Trustee<br>235 Pine St<br>Suite 700<br>San Francisco, CA 94104-2736 |
| PYOD LLC its successors and assigns as assig<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | E. Lynn Schoenmann<br>800 Powell Street<br>San Francisco, CA 94108-2006 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 |
| Wells Fargo Bank, N.A.<br>Law Offices of Dave M. McGraw<br>2890 N. Main Street, Ste 307<br>Walnut Creek, CA 94597-2738 | Wells Fargo Bank, N.A.<br>c/o Wells Fargo Card Services<br>Recovery Department<br>P.O. Box 9210<br>Des Moines, IA 50306-9210 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Dennis Montali
San Francisco

End of Label Matrix
Mailable recipients     22
Bypassed recipients      1
Total                   23

American Express
Box 0001
Los Angeles, CA 90096-8000

Bank of America
P.O. Box 15026
Wilmington DE 19850

Barclays Bank Delaware
125 South West St
Wilmington, DE 19801

Capital One Bank
P.O. Box 60599
City of Industry, CA 91716-0599

Chase Visa
Card Member Services
P.O. Box 94014
Palatine, IL 60094-4014

Chase/Bank One Card Service
800 Brooksedge Blvd
Westerville, HO 43081

Chase/Bank One Card Service
800 Brooksedge Blvd
Westerville, OH 43081

Citi Visa
P.O. Box 688901
Des Moines, IA 50368-8901

Consolidated Resorts, Inc.
801 S. Rampart Blvd., Suite 200
Las Vegas, NV 89145

Credit Caret / GEMB
P.O. Box 981439
El Paso, TX 79998

First Equity Card
P.O. Box 23029
Columbus, GA 31902-3029

First Premier
3820 N. Louise Ave
Sioux Falls, SD 57107-0145

GE Money Bank / Chevron
P.O. Box 981400
Bldg. B
El Paso, TX 79998

Home Depot Credit Card Services
P.O. Box 6028
The Lakes, NV 88901-6028

Home Depot Credit Services
P.O. Box 182676
Columbus, OH 43218-2676

Hyrex Pest Control
1120 Industrial Ave
Petaluma, CA 94952

Kahana Beach Vacation Club
4221 Lower Honoapiilani Rd
Lahaina, HI 96761

Law Offices of Robert Keller
P.O. Box 33428
Washington, DC 20033-0428

Lowes
P.O. Box 530970
Atlana, Ga 30353-0970

Macys / DSNB
9111 Duke Blvd
Mason, OH 45040

McLean & Williams
878 El Centro
Napa, CA 94558

Meridian Financial Services
P.O. Box 1410
Asheville, NC 228802

Phillips Conoco 76
Processing Center
P.O. Box 688931
Des Moines, IA 50368-8931

Staples Credit Plan
P.O. Box 689020
Des Moines, IA 50368-9020

Sutter Fairfiled Surgery Center
2700 Low Court, 2nd Fl
Fairfield, CA 94534

Universal Account Services, LLC
P.O. Box 147
St. Joseph, MO 64502-0147

Wachovia/WFS
P.O. Box 1697
Winterville, NC 28590

125452.DOC

Wells Fargo Bank
P.O. Box 5445
Portland, OR 97208


William W. and Jeanine R. Holdener
975 Hillview Drive
Dixon, CA 95620

125452.DOC